**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01342-CV

**BAYLOR UNIVERSITY MEDICAL CENTER, Appellant**

**V.**

**MARY GREESON, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07506**

## ORDER

We **GRANT** appellant's January 5, 2015 unopposed motion for an extension of time to file a brief. Appellant shall file a brief by **FEBRUARY 11, 2015**. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE